```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
WIESLAW KAMINSKI,                                     :
                                                      :
                        Plaintiff,                    :
                                                      :
            v.                                        :    ORDER
                                                      :    18-CV-381 (WFK) (ST)
VISUAL ID SOURCE, INC., ADAM                          :
KHALFAN, FAYAZ KHALFAN,                               :
MOHAMMED KHALFAN, SAMEER                              :
KHALFAN, and ZAHEER KHALFAN,                          :
                                                      :
                        Defendants.                   :
------------------------------------------------------X
```

**WILLIAM F. KUNTZ, II, United States District Judge:**

On October 6, 2020, the Honorable Magistrate Judge Steven Tiscione filed a *sua sponte* Report and Recommendation ("R&R"), recommending this action be dismissed with prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for Plaintiff's failure to prosecute. ECF No. 31. Objections to the R&R were due October 20, 2020, and to date, no objections have been filed.

In reviewing a report and recommendation, a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Where no objections have been filed, the Court reviews a report and recommendation for clear error. *See Covey v. Simonton*, 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007) (Garaufis, J.). The Court finds no such error here. Accordingly, the Court adopts the R&R in its entirety.

**SO ORDERED.**

s/ WFK
_____
HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

Dated: October 29, 2020
       Brooklyn, New York